FILED

JAN 0 4 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY \_\_\_\_ DC
DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF TEXAS
SanAntino DIVISION

Andres Tamava III 897639
Plaintiff's Name and ID Number

Bexar County SHERIFF 200 comal SATx 78207
Place of Confinement

CASE NO. SA24CA0018 JKP
(Clerk will assign the number)

v.

El Reno medium 4205 OK-66 ElReno OK 73036
Defendant's Name and Address

Javier Salazar 200 N Comal St San Antino Tx 78207
Defendant's Name and Address

Velia Jmeza Paddress 101. Nueva 4th SAnanting 78205
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

To United States Judge

My name Andres Tarnava III Perez
I was sent too ElReno medium I was
on compond for a little while I had a
hit from mexican mafia in that yard it was
a misunstanding from something that happen
In USP Pollock while I was there in first
Place I wasnt suppose be there my points
where low sent me cause I had a detainer
thats what boost my costudy level very high
I was ok transfer fault I was sent there
will I was place in SHU After SIS recieve
a tip on my hit from mexican mafia be fore
that happen I got moved to the SHU But while
in SHU I was suppose be Place by my self
I got Assulted by a native American really bad
I was sent to hosptal ElReno Hosptical
I told SHU Lt About the mexican mafia trying hurt me
he didnt care for my life and safety After
all this I got Breathy problems at night
metal problems And outta no where my nose bleeds
And I get dize spells I feel light headed And
get very bad headaces And losing my eye-sight
Cause of that assult my treatment And medical
records Probs probly transfer to USP Torre Haute
IN 47802 where they took me for out pateint
Treatment fix nose and check if my bones have healed
All cause thelt SHU in ElReno failed keep me
safe any by my self And put me with that native
American on Purpose while Hope this enough

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: Sept 1, 2022

       2. Parties to previous lawsuit:
Plaintiff(s) Javiers Selazar F/N/u the xas Ruanson San Antins TX Express news
Defendant(s) Motion selazer to Ammending Texas Ruangers Santantian Expressnews

       3. Court: (If federal, name the district; if state, name the county.) Clerk US District court Texwan Antinity

       4. Cause number: SA-23-CV-00659-OLG / SA-5:23-CV-00659-OLG

       5. Name of judge to whom case was assigned: Orlando L Garica

       6. Disposition: (Was the case dismissed, appealed, still pending?) Case was dismissed

       7. Approximate date of disposition: Singned 29 of June 29 2023

2

II. PLACE OF PRESENT CONFINEMENT: Bexar County SHERIFF OFFICE 200 W Comal St San Antonio 78207

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ___YES __/__NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: _____

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: El Reno OK-66 ElReno OK 73036 Lt that was Assign to SHU'P
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Lt that was assign to SHU failed to help. mek safe I was assulted

Defendant #2: Velia J meza 101 W. Nueva San Antino TX 78205 She wont Remove court Appointed Lawyer And Etc. 226 courtroom
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refuse Remove my Court Appointed lawyers And Answer my motions

Defendant #3: JAvier Salazar 200 W Comal St 2 San Antino TX Divison CID  78207
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has my dads phone as evidence It not of victims

Defendant #4: Wilson County Jail 800 10th St Unit 4 Floresville TX 78114
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I was Assulted I left Find my way Back home I had to walk all way back to San Antino TX

Defendant #5: Texas Rangers F/N/u sanchez 1440 E Kingsbury St Seguin Texas 78155
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Took my Phone without no warrant even my wallet made lose my vechlie

3

V. STATEMENT OF CLAIM

Texas Ranger Sanchez took my phone without a warrant Aue phone he didnt even read my miranda rights im pound my Yukon

VI

STATE breifly exactly what you want the court doy for you make no legal argaments cite no case or statuttes F/N/u I want Cell phone and Dads wallet Back Want Texas Rangers my Items back too me Soon And so I can get numbers off my phone

VII    General

V. STATEMENT OF CLAIM

When I was in Wilson County Sheriff Office I was Assulted by whole truth and relase on my a POR I left find my way to San Antino TX I had to walk whole way back Almost getting hit And posbly murder were Ran over cause of this I have bed Knees and It hurts walk sometimes when its cold United States Judge

VI STATE breifly exactly what you want the court to do for you Make no legal arguments Cite no case or Statestes Sue 1.1 million El Reno 2.5 million Javier Salazar SECCORE To get Internel Affairs why they still have my phone in CID AS evidence / Get Internal Affairs m 226 Courtroom Velia J Meza / El Reno 2.5 half million And too Wilson County 1.1 million / qauter of Million dullars

VII GENERAL Bachround Informetion
A. State in complete form, all names you have ever used or been Known by including any and all aliases Shrimp

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Back in 2015 I was sent too Elreno medium I was Assulted by native American I was suppost be protect By all Inmates I had a Red light by mexcan mafia A hit Lt From the shu Failed keep me by self into I got chain Also sent terrehaute for my protection And medical treatments for my Assult / Javier selezur Rufuse to Invistgate I that my dad phone in evidence is not evidance it belongs to my Father that past away / Velic Jmoza ZZC Fails Remove my court Appointed lawyer And Answer my motions I would like Internal Affairs Also my Bond never go down

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Sue Elrenomedium for 2.5m Javier selezur get Internal Affairs Invole in my case Velia Jmeza Internal Affairs Invergtae 276 courtroom

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Shrimp

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

77403-280   897639   TDCJ I dont remeber

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __/__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES __/__NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ☒ YES ☑ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date warning was issued: N/A

Executed on: N/A
           DATE

_Andres Tarnavu TH_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __1__ day of __Jan__, 20 __24__.
         (Day)           (month)        (year)

Andres Tarnava TH
Bexar County SHERIFF OFFice

_Andres Tarnavu TH_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5