# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ANDRES TARNAVA, III, #897639,** § | |
| § | |
| **Plaintiff,** § | |
| § | SA-24-CV-00018-JKP |
| **v.** § | |
| § | |
| **EL RENO OK-66; BEXAR COUNTY** § | |
| **SHERIFF JAVIER SALAZAR; WILSON** § | |
| **COUNTY JAIL; ET AL.,** § | |
| § | |
| **Defendants.** § | |

## JUDGEMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Andres Tarnava, III's 42 U.S.C. § 1983 Amended Civil Rights Complaint against Defendants, El Reno OK-66 (El Reno Medium), Judge Velia J. Meza, Bexar County Sheriff Javier Salazar, Wilson County Jail and Texas Rangers F/N/U Sanchez and Britt Peters, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B) for failure to state a non-frivolous claim, the Court renders the following Final Judgement pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Andres Tarnava, III's 42 U.S.C. § 1983 Amended Civil Rights Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B) for failure to state a non-frivolous claim.

**IT IS FINALLY ORDERED** that the above–entitled cause is hereby **CLOSED**.

SIGNED this 23rd day of July, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE